UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUAMAINE DAWSON ROBINSON,

                         Plaintiff,

          -against-

CITY OF YONKERS POLICE
DEPARTMENT, et al.,

                         Defendants.

22-CV-3333 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued July 19, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 19, 2022
          New York, New York

                         /s/ Laura Taylor Swain
                         LAURA TAYLOR SWAIN
                         Chief United States District Judge