UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUAMAINE DAWSON ROBINSON,<br><br>      Plaintiff,<br><br>-against-<br><br>CITY OF YONKERS POLICE DEPARTMENT, et al.,<br><br>      Defendants. | 22-CV-3333 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated July 19, 2022, the Court dismissed Plaintiff's complaint for failure to state claim, under 28 U.S.C. § 1915(e)(2)(B)(ii), after he failed to file an amended complaint as directed. (ECF No. 8.) The Court entered judgment the same day. (ECF 9.) On August 8, 2022, Plaintiff filed a notice of appeal and a motion for an extension of time of file a notice of appeal. (ECF Nos. 10-11.)

  Under Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, a notice of appeal in a civil case must be filed within thirty days after entry of judgment. "[T]he taking of an appeal within the prescribed time is mandatory and jurisdictional." *In re WorldCom, Inc.*, 708 F.3d 327, 329 (2d Cir. 2013) (citation and internal quotation marks omitted). Because Plaintiff's August 8, 2022 notice of appeal was filed within thirty days after entry of the July 19, 2022 order dismissing this action, the notice of appeal is timely, and a motion for extension of time to appeal was unnecessary. Accordingly, Plaintiff's motion for extension of time to appeal is denied as moot.

## CONCLUSION

  Plaintiff's motion for an extension of time to file a notice of appeal (ECF 11) is denied as moot.

2

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 26, 2022
            New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                              Chief United States District Judge