USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/16/2023

**MEMORANDUM ENDORSEMENT**

Robinson v. City of Yonkers Police Department et al, 22-cv-3333 (NSR)

The Court is in receipt of the attached motion from *pro se* Plaintiff, dated May 12, 2023, seeking leave to proceed *pro se*.

Plaintiff's motion is DENIED as moot.  The Court understands it is Plaintiff's right to proceed *pro se*, and the Plaintiff need not request the Court's permission to do so in a civil case. *See* 28 U.S.C. § 1654.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 21.  The Clerk of Court is further directed to mail a copy of this Order to *pro se* Plaintiff at Plaintiff's address listed on ECF and show service on the docket.

SO ORDERED:

DATED: May 16, 2023

White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2023 MAY 12  PM 5: 04

_Quamaine Dawson Robinson_

Write the full name of each plaintiff or petitioner.

Case No. __22__ CV __3333__

-against-

_City of Yonkers Police Department (Pos)(Cos)(Pos)_        **NOTICE OF MOTION**

_(Gallagher)(Pos)(C)(Thomas)(Pos)(Jewitt)(Pos)(L.Brown/J.Doe)_

Write the full name of each defendant or respondent.

_(Pos)(Cooney/Byrne)(Pos)(Soucan Moirot) News 12 Staff_

PLEASE TAKE NOTICE that _Quamaine Robinson_   _Quamaine Robinson_

        plaintiff or defendant         name of party who is making the motion

requests that the Court:

_My Case was granted and i would like to_
_Proceed self-represented Plaintiff,_

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☑ the following additional documents: Robinson v. City of Yonkers Police Department  

7:22-cv-03333-NSR

_5-6-23_        _Quamaine Robinson_
Dated            Signature

_Quamaine Robinson_        _22B2022_
Name            Prison Identification # (if incarcerated)

_72 Lock 11 Lane Washington C.F. Comstock_    _NY_    _12821-0180_
Address            City        State    Zip Code

_N/A_        _N/A_
Telephone Number (if available)        E-mail Address (if available)