UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

QUAMAINE DAWSON ROBINSON,

                Plaintiff,                **ORDER**

      -against-                22 Civ. 3333 (AEK)

MICHAEL COX, *Police Officer*, IAN
GALLAGHER, *Police Officer*, COMMISSIONER
JOHN MUELLER, and CITY OF YONKERS.

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    Plaintiff's motion for the appointment of *pro bono* counsel (ECF No. 70) was denied without prejudice on the record at the August 7, 2024 status conference.

    Plaintiff's application to obtain Defendants' medical records (*see* ECF Nos. 71, 72, 74, and 76) was denied on the record at the August 7, 2024 status conference.

    As discussed at the conference:

1. Defendants' motion for summary judgment is to be filed by September 20, 2024.

2. Plaintiff's opposition is due by November 20, 2024.

3. Defendants' reply is due by December 11, 2024.

    Plaintiff is reminded to keep the Court updated with his current address once he is released from custody. The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: August 8, 2024
       White Plains, New York

                                                                   _____
                                                                   ANDREW E. KRAUSE
                                                                   United States Magistrate Judge