UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

QUAMAINE DAWSON ROBINSON,

                       Plaintiff,                      **ORDER**

      -against-                       22 Civ. 3333 (AEK)

CITY OF YONKERS POLICE DEPARTMENT,
*et al.*,

                       Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In accordance with the briefing schedule set by the Court in an order issued on August 8, 2024, ECF No. 78, Defendants filed their motion for summary judgment on September 20, 2024, *see* ECF Nos. 79-82.  Defendants failed to comply, however, with the requirements of Local Civil Rule 56.2 of the Joint Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, which provides:  "Any represented party moving for summary judgment against a party proceeding *pro se* shall serve and file as a separate document, together with the papers in support of the motion, the following *'Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment' with the full texts of Fed. R. Civ. P. 56 and Local Civil Rule 56.1 attached.*."  Local Civ. R. 56.2 (emphasis added).  The text of the required "Notice To *Pro Se* Litigant Who Opposes a Motion For Summary Judgment" is set forth in the Local Civil Rules.

      Defendants failed to serve and file the "Notice To *Pro Se* Litigant Who Opposes a Motion For Summary Judgment," along with the full texts of Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.1, when they filed their motion papers.  Defendants also failed to file proof of service of their motion papers on the docket.

Accordingly, Defendants are hereby ordered to re-serve and re-file their motion for summary judgment, so that it complies with the requirements of the Local Civil Rules, by no later than **September 27, 2024**, and to file proof of service of both the motion papers/supporting documents and the Local Civil Rule 56.2 Notice on the docket. Plaintiff's time to serve and file his opposition papers is extended to **November 27, 2024**; and Defendants' time to serve and file their reply papers is extended to **December 20, 2024**.

Defendants are also directed to provide a courtesy copy of their motion papers to chambers in accordance with Section 3.C. of this Court's Individual Practices.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: September 24, 2024
      White Plains, New York

                                            **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge