UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

QUAMAINE DAWSON ROBINSON,

                Plaintiff,                      **ORDER**

        -against-                          22 Civ. 3333 (AEK)

MICHAEL COX, *Police Officer*, IAN
GALLAGHER, *Police Officer*, COMMISSIONER
JOHN MUELLER, and CITY OF YONKERS,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       In accordance with the order issued by the Court on November 7, 2024, Defendants were to re-serve their summary judgment motion papers on Plaintiff at his updated address by November 15, 2024, and Plaintiff was to serve and file his opposition papers by January 17, 2025.  *See* ECF No. 91.  Defendants re-served their summary judgment motion papers on Plaintiff on November 7, 2024, *see* ECF No. 92, but to date, Plaintiff has not served and filed his opposition papers.

       Accordingly, the Court extends Plaintiff's time to serve and file his opposition papers (or to ask for additional time in which to do so) to **February 14, 2025**.  Defendants' reply submission must be served and filed by **March 7, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: January 27, 2025
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

2