UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

QUAMAINE DAWSON ROBINSON,

                          Plaintiff,                    **ORDER**

           -against-                        22 Civ. 3333 (AEK)

MICHAEL COX, *Police Officer*, IAN
GALLAGHER, *Police Officer*, COMMISSIONER
JOHN MUELLER, and CITY OF YONKERS,

                          Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In accordance with the order issued by the Court on January 27, 2025, Plaintiff was to serve and file his opposition papers (or to ask for additional time in which to do so) by **February 14, 2025**.  *See* ECF No. 93.  To date, Plaintiff has done neither.

      Accordingly, the Court extends Plaintiff's time to serve and file his opposition papers to **March 24, 2025**.  Defendants' reply submission must be served and filed by **April 14, 2025**.  If Plaintiff fails to serve and file his opposition papers by the deadline, the Court will deem the motion for summary judgment to be unopposed, and no reply papers will be necessary.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: February 24, 2025
       White Plains, New York

                                                      **SO ORDERED.**

                                                      _____
                                                      ANDREW E. KRAUSE
                                                      United States Magistrate Judge