UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

QUAMAINE DAWSON ROBINSON,

                         Plaintiff,                         **ORDER**

       -against-                         22 Civ. 3333 (AEK)

MICHAEL COX, *Police Officer*, IAN
GALLAGHER, *Police Officer*, COMMISSIONER
JOHN MUELLER, and CITY OF YONKERS,

                        Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In the Opinion and Order issued by the Court on September 9, 2025, Plaintiff was given until October 10, 2025 to show cause why summary judgment should not be granted in favor of the City of Yonkers on all claims asserted against the City in this matter, *i.e.*, his *Monell* claim and his state law defamation claim. He was advised that failure to do so would result in dismissal of the remaining claims. Plaintiff has not communicated with the Court since that time. Accordingly, for the reasons set forth in the September 9, 2025 Opinion and Order, the claims against the City of Yonkers are hereby DISMISSED. The claims against the other Defendants have previously been dismissed.

      The Clerk of Court is therefore respectfully directed to enter judgment in favor of all Defendants and to close the case. The Clerk of Court is also respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: November 3, 2025
       White Plains, New York

                                                   **SO ORDERED.**

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge