## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

QUAMAINE DAWSON ROBINSON,

                     Plaintiff,                  22 **CIVIL** 3333 (AEK)

    -against-                          **JUDGMENT**

MICHAEL COX, Police Officer, IAN GALLAGHER,
Police Officer, COMMISSIONER JOHN MUELLER, and
CITY OF YONKERS,

                     Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 9, 2025 and Order dated November 3, 2025, the Individual Defendants' motion for summary judgment is GRANTED, and all claims against Officer Cox, Officer Gallagher, Commissioner Mueller and City of Yonkers are dismissed; accordingly, judgment is entered in favor of all Defendants and the case is closed.

**Dated:** New York, New York

      November 3, 2025

                                                 **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                         BY:



                                                          **Deputy Clerk**